UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN KEITH HARVEY,

    Petitioner,

                                         Case No. 1:04-cv-35

v

                                         Hon. Wendell A. Miles

CURT JONES, Warden,

    Respondent.

_____/

JUDGMENT

The petition for writ of habeas corpus is denied.

Entered this 8th day of August, 2008.

                                                    /s/ Wendell A. Miles
                                                Wendell A. Miles, Senior Judge